# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHELDON STEPHENS**, | : | CIVIL ACTION NO. 1:13-CV-712 |
| | : | |
| **Plaintiff**, | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN CLASH**, | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 19th day of June, 2014, upon consideration of defendant Kevin Clash's motion to dismiss (Doc. 31) the amended complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and for the reasons discussed in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion to dismiss (Doc. 31) is GRANTED.

2. The above-captioned action is DISMISSED with prejudice and without costs.

3. The Clerk of Court is directed to CLOSE this case.

        /S/ Christopher C. Conner
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania